AO 83 (12/85) Summons in a Criminal Case

# ORIGINAL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS

NOV 2 4 2014

U.S. MAGISTRATE JUDGE
N.D. GEORGIA

UNITED STATES OF AMERICA,

vs.

**REGINALD K. BYRD**
**1381 Kimberly Way, S.W.**
**Atlanta, GA 30331**

**SUMMONS IN A CRIMINAL CASE**

CASE NO. 1:14-CR-436

  **YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**20th Floor, Room 2008**<br>75 Spring Street, S.W.<br>Atlanta, Georgia   30303-3361 |
| **BEFORE:** | Honorable Janet F. King<br>United States Magistrate Judge |
| **DATE AND TIME:** | **Thursday, December 4, 2014**<br>**10:00 a.m.** |

To answer a(n)

X  Indictment      ☐ Information      ☐ Complaint      ☐ Violation Notice      ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 1343**

Brief description of the offense:          Wire Fraud Conspiracy

AUSA:                                                 Thomas J. Krepp

Counsel for Defendant:                      FDP - Duty

**PLEASE CONTACT PRETRIAL SERVICES UNDERLINE IMMEDIATELY UPON RECEIPT OF THIS SUMMONS. OFFICE HOURS ARE FROM 8:30 AM TO 5:00 PM, MONDAY THROUGH FRIDAY. TELEPHONE (404) 215-1900.**

November 24, 2014

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                  By:  _____
                          Deputy Clerk